Joel Rodriguez  #42309-177
Name and Prisoner Number/Alien Registration Number
USP Tucson
Place of Confinement
P.O Box 24550
Mailing Address
Tucson, Arizona  85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

<table>
<tr><td>✓</td><td>FILED</td><td>LODGED</td></tr>
<tr><td></td><td>RECEIVED</td><td>COPY</td></tr>
</table>

7    **JUL 3 0 2018**    7

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Joel Rodriguez
(Full Name of Petitioner)

**CV 18-0369 TUC JAS DTF**

Petitioner,

CASE NO. _____
(To be supplied by the Clerk)

vs.

(FNU) Baltazar, Complex Warden
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

**PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY**

Respondent.

## PETITION

1.  What are you challenging in this petition?
    - ☐ Immigration detention
    - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
    - ☐ Probation, parole or supervised release
    - ☑ Other (explain): Conviction and Sentence.

2.  (a) Name and location of the agency or court that made the decision you are challenging: Northern District of Texas

    (b) Case or opinion number: # 3:10-cr-223

    (c) Decision made by the agency or court: I pleaded guilty and was sentenced. I plead guilty to 18 USC 922 (g) and was sentenced pursuant to the Armed Career Criminal Act (ACCA)

**530**

(d) Date of the decision: _____ *N/A* _____

3.   Did you appeal the decision to a higher agency or court?      Yes ☐      No ☑

If yes, answer the following:

(a)  First appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
              _____
              _____
              _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
              _____
              _____
              _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: _I_ _did_ _not_ _appeal_ _the_ _decision_ _to_ _a_ _higher_ _court_ _because_ _the_ _law_ _was_ _settled_ _at_ _the_ _time_ _that_ _I_ _was_ _sentenced_ _and_ _any_ _appeal_ _would_ _have_ _been_ _futile._

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☐        No ☑

       If yes, answer the following:

       (a) Name of the agency or court: _____

       (b) Date you filed: _____

       (c) Opinion or case number: _____

       (d) Result: _____

       (e) Date of result: _____

       (f) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the facts supporting each ground.

       **CAUTION:  To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.**

3

**GROUND ONE:** Petitioner's convictions and sentence are invalid in light of Johnson and Dimaya because the crimes for which Petitioner sentence was based are no longer "crimes of violence" pursuant to the holdings of Johnson and then Dimaya and thus Petitioner's conviction and sentence must be vacated.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner Plead guilty to being a felon in possesion of a firearm in violation of 18 USC 922 (g). The District court concluded that Petitioner had three (3) prior violent felony convictions - two for Texas aggravated assault and one for Texas aggravated robbery. the court sentenced Petitioner to 180 Months imprisonment pursuant to the Armed Career Criminal Act (ACCA) 18 USC 924 (e). Pursuant to Johnson and Dimaya Petitioner's prior conviction no longer stand to qualify as crimes of violence for purposes of the ACCA enhancement and Petitioner's conviction and sentence is therefore invalid.

(b) Did you exhaust all available administrative remedies relating to Ground One?          Yes ☑   No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

**GROUND TWO:** _____

_____
_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    (b)  Did you exhaust all available administrative remedies relating to Ground Two?    Yes ☐    No ☐

    (c)  If yes, did you present the issue to:
          ☐  The Board of Immigration Appeals
          ☐  The Office of General Counsel
          ☐  The Parole Commission
          ☐  Other: _____

    (d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____
_____
_____
_____
_____
_____
_____

**GROUND THREE:** _____

_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Three?     Yes ☐     No ☐

(c)  If yes, did you present the issue to:
      ☐  The Board of Immigration Appeals
      ☐  The Office of General Counsel
      ☐  The Parole Commission
      ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____
_____
_____
_____
_____
_____

**GROUND FOUR:** _____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?      Yes ☐     No ☐

(c)  If yes, did you present the issue to:
       ☐  The Board of Immigration Appeals
       ☐  The Office of General Counsel
       ☐  The Parole Commission
       ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
_____
_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.   Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☑     No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a)   Have you filed a motion under 28 U.S.C. § 2255?         Yes ☑       No ☐

      If yes, answer the following:

      (1) Name of court: _Northern  District  of  Texas_

      (2) Case number: _NA_

      (3) Opinion or case number: _NA_

      (4) Result: _Denied._

      (5) Date of result: _NA_

      (6) Issues raised: _NA_
      _____
      _____
      _____

      **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b)   Explain why the remedy under § 2255 is inadequate or ineffective: _The issue raised
is a statutory interpretation and not cognizable
in a 28 USC 2255 motion, because it is
not a constitutional claim._

8.   If this case concerns immigration removal proceedings, answer the following:

   (a)   Date you were taken into immigration custody: _____

   (b)   Date of removal or reinstatement order: _____

   (c)   Did you file an appeal with the Board of Immigration Appeals?     Yes ☐       No  ☐

      (1) Date you filed: _____

      (2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)   Did you file an appeal with the federal court of appeals?        Yes ☐        No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.   Petitioner asks that the Court grant the following relief: *Petitioner's conviction for violation of the Armed Career Criminal Act (ACCA) be vacated and that Petitioner be sentenced to being a felon in Possession of a firearm.*

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *7-17-2018* (month, day, year).

_____
**Signature of Petitioner**

_____          *7-17-2018*
Signature of attorney, if any                    Date